# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael Massel, Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PaySec USA, LLC d/b/a Victoria Milan<br><br>Defendant. | Case No. 24-cv-09122<br><br>**Hon. Robert W. Gettleman**<br><br>**APPLICATION FOR CLERK'S ENTRY OF DEFAULT** |

## APPLICATION FOR CLERK'S ENTRY OF DEFAULT

Now comes Plaintiff and for her *APPLICATION FOR CLERK'S ENTRY OF DEFAULT,* states as follows:

1. On September 29, 2024, Plaintiff filed his Complaint against Defendant (Doc. No. 1).

2. On October 1, 2024, Defendant was served with the Complaint and summons. (Doc. No. 5).

3. More than 21 days has passed since Defendant was served with the Complaint and Summons.

4. Defendant has not filed a pleading in response to the Complaint.

5. **Wherefore** and for the reasons set forth above, there is good cause for a clerk's entry of default against Defendant, PaySec USA LLC, d/b/a Victoria Milan.

s/ *Michael L. Fradin*
Attorney for Plaintiff

LAW OFFICE OF MICHAEL L. FRADIN
Michael L. Fradin, Esq.

8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
mike@fradinlaw.com